**Attachment A**



SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT

↓ OPEN IMMEDIATELY ↓

*URGENT*

# SOCIAL SECURITY
# INFORMATION ENCLOSED

SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT · SOCIAL SECURITY ALERT

**Attachment B**



